UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:  
SALAME, HASSAN JAMIL

Debtor
_____/

Case No. 08-54018 WSD  
Chapter 7  
HON. WALTER SHAPERO, DETROIT

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

The attached check represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Kassem Ali Jaber<br>c/o Aaron B. Kendal, Esq.<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI. 48304 | 1 | $494.21 |
| | **TOTAL** | **$494.21** |

Dated: July 19, 2010

/S/ David W. Allard_____  
Chapter 7 Trustee  
2600 Buhl Building  
535 Griswold Street  
Detroit, MI. 48226  
(313) 961-6141  
Email: trusteeallard@allardfishpc.com  
P23288